No. 10–5211. LOADHOLT v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McDonald* v. *Chi-*

*cago,* 561 U. S. 742 (2010).